**ROBERT P. TRAVERS, PC**
1255 River Road
Edgewater, New Jersey 07020
(201)313-3100 (Phone)
(201)224-2875 (Fax)
rob@traverspc.com
Robert P. Travers (rt2191)
Counsel for the Defendant, Fred A. Daibes

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

-------------------------------------------------------x

NEW ENGLAND PETROLEUM LIMITED
PARTNERSHIP, a Delaware limited
partnership
,
                      Plaintiff,

    v.

DAIBES OIL LLC, a New Jersey limited
liability corporation; FRED A. DAIBES, an
individual; and MUNIR DAIBES, an
individual,

                      Defendants.
-------------------------------------------------------x

HONORABLE CLAIRE C. CECCHI, U.S.D.J.

Civil Action No. 2:14-CV-00726-CCC-JBC

**ANSWER TO FIRST AMENDED
COMPLAINT AND AFFIRMATIVE
DEFENSES OF FRED A. DAIBES**

       Defendant, Fred A. Daibes, ("FAD") an individual with offices located at 1000 Portside Drive, Edgewater, New Jersey by way of Answer to plaintiff's Complaint states as follows:

<u>PARTIES, JURISDICTION AND VENUE</u>

       1.     FAD lacks knowledge or information sufficient to form a belief about the truth of the allegation.

       2.     FAD lacks knowledge or information sufficient to form a belief about the truth of the allegation.

3. FAD lacks knowledge or information sufficient to form a belief about the truth of the allegation.

4. Admitted.

5. Admitted.

6. Admitted.

7. FAD lacks knowledge or information sufficient to form a belief about the truth of the allegation.

8. Admitted.

9. Admitted.

## BACKGROUND

10. FAD lacks knowledge or information sufficient to form a belief about the truth of the allegation.

11. FAD lacks knowledge or information sufficient to form a belief about the truth of the allegation.

12. Deny all allegations as they relate to FAD. FAD lacks knowledge or information sufficient to form a belief about the truth of the remainder of the allegation.

13. FAD admits Judy Packer is employed by an entity in which FAD has an interest. FAD lacks knowledge or information sufficient to form a belief about the truth of the remaining allegation.

14. FAD denies executing any Guarantee in favor of Plaintiff and lacks knowledge or information sufficient to form a belief about the truth of the remainder of the allegation.

15. FAD lacks knowledge or information sufficient to form a belief about the truth of the allegation.

16. FAD lacks knowledge or information sufficient to form a belief about the truth of the allegation.

17. FAD lacks knowledge or information sufficient to form a belief about the truth of the allegation.

18. FAD lacks knowledge or information sufficient to form a belief about the truth of the allegation.

19. FAD lacks knowledge or information sufficient to form a belief about the truth of the allegation.

20. FAD lacks knowledge or information sufficient to form a belief about the truth of the allegation.

21. FAD lacks knowledge or information sufficient to form a belief about the truth of the allegation.

22. FAD lacks knowledge or information sufficient to form a belief about the truth of the allegation.

23. FAD lacks knowledge or information sufficient to form a belief about the truth of the allegation.

24. FAD admits receiving the letter but denies the remainder of the allegation.

25. Denied. FAD denies the existence of any obligation to Plaintiff.

26. FAD lacks knowledge or information sufficient to form a belief about the truth of the allegation.

27. Denied. FAD denies the existence of any obligation to Plaintiff.

## FIRST COUNT

### (Breach of Contract Against Daibes Oil)

28. Defendant FAD repeats and restates each of the answers to the preceding paragraphs 1-27 as if set forth at length.

29. FAD lacks knowledge or information sufficient to form a belief about the truth of the allegation.

30. FAD lacks knowledge or information sufficient to form a belief about the truth of the allegation.

31. FAD lacks knowledge or information sufficient to form a belief about the truth of the allegation.

32. FAD lacks knowledge or information sufficient to form a belief about the truth of the allegation.

33. FAD lacks knowledge or information sufficient to form a belief about the truth of the allegation.

WHEREFORE, Defendant FAD demands judgment dismissing Plaintiff's complaint, with prejudice, together with attorneys' fees, costs of suit and such other and further relief as the court deems just and equitable.

## SECOND COUNT

### (Book Account Against Daibes Oil)

34. Defendant FAD repeats and restates each of the answers to the preceding paragraphs 1-33 as if set forth at length.

35. FAD lacks knowledge or information sufficient to form a belief about the truth of the allegation.

36. FAD lacks knowledge or information sufficient to form a belief about the truth of the allegation.

WHEREFORE, Defendant FAD demands judgment dismissing Plaintiff's complaint, with prejudice, together with attorneys' fees, costs of suit and such other and further relief as the court deems just and equitable.

### THIRD COUNT

### (Breach of the Implied Covenant of Good Faith and Fair Dealing Against Daibes Oil)

37. Defendant FAD repeats and restates each of the answers to the preceding paragraphs 1-36 as if set forth at length.

38. FAD lacks knowledge or information sufficient to form a belief about the truth of the allegation.

39. FAD lacks knowledge or information sufficient to form a belief about the truth of the allegation.

40. FAD lacks knowledge or information sufficient to form a belief about the truth of the allegation.

41. FAD lacks knowledge or information sufficient to form a belief about the truth of the allegation.

42. FAD lacks knowledge or information sufficient to form a belief about the truth of the allegation.

43. FAD lacks knowledge or information sufficient to form a belief about the truth of the allegation.

44. FAD lacks knowledge or information sufficient to form a belief about the truth of the allegation.

45. FAD lacks knowledge or information sufficient to form a belief about the truth of the allegation.

WHEREFORE, Defendant FAD demands judgment dismissing Plaintiff's complaint, with prejudice, together with attorneys' fees, costs of suit and such other and further relief as the court deems just and equitable.

## FOURTH COUNT

### (Unjust Enrichment Against Daibes Oil, Fred Daibes and Munir Daibes)

46. Defendant FAD repeats and restates each of the answers to the preceding paragraphs 1-45 as if set forth at length.

47. FAD lacks knowledge or information sufficient to form a belief about the truth of the allegation.

48. Deny all allegations as they relate to FAD. FAD lacks knowledge or information sufficient to form a belief about the truth of the remainder of the allegation.

49. Deny all allegations as they relate to FAD. FAD lacks knowledge or information sufficient to form a belief about the truth of the remainder of the allegation.

50. Deny all allegations as they relate to FAD. FAD denies the existence of any obligation to Plaintiff. FAD lacks knowledge or information sufficient to form a belief about the truth of the remainder of the allegation.

51. Deny all allegations as they relate to FAD. FAD denies the existence of any obligation to Plaintiff. FAD lacks knowledge or information sufficient to form a belief about the truth of the remainder of the allegation.

52. Deny all allegations as they relate to FAD. FAD denies the existence of any obligation to Plaintiff. FAD lacks knowledge or information sufficient to form a belief about the truth of the remainder of the allegation.

WHEREFORE, Defendant FAD demands judgment dismissing Plaintiff's complaint, with prejudice, together with attorneys' fees, costs of suit and such other and further relief as the court deems just and equitable.

## FIFTH COUNT

### (Breach of Guaranty Against Fred Daibes and Munir Daibes)

53. Defendant FAD repeats and restates each of the answers to the preceding paragraphs 1-52 as if set forth at length.

54. FAD lacks knowledge or information sufficient to form a belief about the truth of the allegation.

55. Deny all allegations as they relate to FAD. FAD denies the existence of any obligation to Plaintiff. FAD lacks knowledge or information sufficient to form a belief about the truth of the remainder of the allegation.

56. Deny all allegations as they relate to FAD. FAD denies the existence of any obligation to Plaintiff. FAD lacks knowledge or information sufficient to form a belief about the truth of the remainder of the allegation.

WHEREFORE, Defendant FAD demands judgment dismissing Plaintiff's complaint, with prejudice, together with attorneys' fees, costs of suit and such other and further relief as the court deems just and equitable.

## SIXTH COUNT

### (Fraud Against Daibes Oil, Fred Daibes, and Munir Daibes)

57. Defendant FAD repeats and restates each of the answers to the preceding paragraphs 1-56 as if set forth at length.

58. Deny all allegations as they relate to FAD. FAD denies the existence of any obligation to Plaintiff. FAD lacks knowledge or information sufficient to form a belief about the truth of the remainder of the allegation.

59. Deny all allegations as they relate to FAD. FAD denies the existence of any obligation to Plaintiff. FAD lacks knowledge or information sufficient to form a belief about the truth of the remainder of the allegation.

60. Deny all allegations as they relate to FAD. FAD lacks knowledge or information sufficient to form a belief about the truth of the remainder of the allegation.

61. Deny all allegations as they relate to FAD. FAD lacks knowledge or information sufficient to form a belief about the truth of the remainder of the allegation.

62. Deny all allegations as they relate to FAD. FAD lacks knowledge or information sufficient to form a belief about the truth of the remainder of the allegation.

63. Deny all allegations as they relate to FAD. FAD lacks knowledge or information sufficient to form a belief about the truth of the remainder of the allegation.

64. Deny all allegations as they relate to FAD. FAD lacks knowledge or information sufficient to form a belief about the truth of the remainder of the allegation.

WHEREFORE, Defendant FAD demands judgment dismissing Plaintiff's complaint, with prejudice, together with attorneys' fees, costs of suit and such other and further relief as the court deems just and equitable.

## SEVENTH COUNT
### (Fraud by Omission Against Fred Daibes)

65. Defendant FAD repeats and restates each of the answers to the preceding paragraphs 1-64 as if set forth at length.

66. Denied.

67. Denied.

68. Denied.

69. Denied.

70. Denied.

71. Denied.

72. Denied.

73. Denied.

WHEREFORE, Defendant FAD demands judgment dismissing Plaintiff's complaint, with prejudice, together with attorneys' fees, costs of suit and such other and further relief as the court deems just and equitable.

## EIGHTH COUNT

### (Estoppel Against Fred Daibes)

74. Defendant FAD repeats and restates each of the answers to the preceding paragraphs 1-73 as if set forth at length.

75. Denied.

76. Denied.

77. Denied.

78. Denied.

79. Denied.

80. Denied.

81. Denied.

WHEREFORE, Defendant FAD demands judgment dismissing Plaintiff's complaint, with prejudice, together with attorneys' fees, costs of suit and such other and further relief as the court deems just and equitable.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's complaint fails to state a claim against Defendants upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's complaint is barred by failure of consideration.

### THIRD AFFIRMATIVE DEFENSE

There is no Guaranty between Plaintiff and FAD.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, by the applicable statute of limitations.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff failed to act in mitigation of his damages, if any.

### SIXTH SEPARATE DEFENSE

Plaintiff's Complaint is barred by the Doctrine of Estoppel.

### SEVENTH SEPARATE DEFENSE

Plaintiff's Complaint is barred by the Doctrine of Laches.

### EIGHTH SEPARATE DEFENSE

Plaintiff's Complaint is barred by the Statute of Frauds.

### NINETH SEPARATE DEFENSE

Plaintiff's Complaint is barred by the Doctrine of Unclean Hands.

### TENTH SEPARATE DEFENSE

Plaintiff's Complaint is barred by the Doctrine of Waiver.

### ELEVENTH SEPARATE DEFENSE

The damages, if any, sustained by the plaintiff were the result of its own actions.

WHEREFORE, Defendant FAD demands judgment dismissing Plaintiff's complaint, with prejudice, together with attorneys' fees, costs of suit and such other and further relief as the court deems just and equitable.

ROBERT P. TRAVERS, PC

By:_____
Robert P. Travers
Counsel for Defendant,
Fred A. Daibes
1255 River Road
Edgewater, NJ 07020

Dated: March 12, 2014

**ROBERT P. TRAVERS, PC**
1255 River Road
Edgewater, New Jersey 07020
(201)313-3100 (Phone)
(201)224-2875 (Fax)
rob@traverspc.com
Robert P. Travers (rt2191)
Counsel for the Defendant, Fred A. Daibes

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW ENGLAND PETROLEUM LIMITED PARTNERSHIP, a Delaware limited partnership, | HONORABLE |
| | Civil Action No. 2:14-CV-00726-CCC-JBC |
| Plaintiff, | |
| v. | |
| DAIBES OIL LLC, a New Jersey limited liability corporation; FRED A. DAIBES, an individual; and MUNIR DAIBES, an individual, | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I, Robert P. Travers, Esq., hereby certify that a true copy and correct copy of Defendant, Fred A. Daibes', Answer to Amended Complaint and Affirmative Defenses has been served on all counsel of record, by UPS Overnight Mail, postage pre-paid, according to Federal Rules of Civil Procedure on the 12th day of March 2014.

Att:   Joy Harmon Sperling, Esq.
       Day Pitney LLP
       One Jefferson Road
       Parsippany, NJ 07054
       jsperling@daypitney.com

Att: Charles Shaw, Esq.
Law Offices of Charles Shaw, P.C.
Two Executive Drive, Suite 600
Fort Lee, NJ 07024
charles@charlesshawlaw.com

By: Robert P. Travers, Esq.
Attorney for Defendant, Fred A. Daibes