

BOSTON   CONNECTICUT   FLORIDA   NEW JERSEY   NEW YORK   PROVIDENCE   WASHINGTON, DC

**MARK SALAH MORGAN**
Attorney at Law

One Jefferson Road
Parsippany, NJ 07054-2891
T: (973) 966-8067 F: (973) 206-6692
mmorgan@daypitney.com

November 22, 2023

**VIA ECF**
Honorable Claire C. Cecchi, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Fed. Bldg. & U.S. Courthouse
50 Walnut St.
Newark, NJ  07101

   Re: *New England Petroleum Limited Partnership v. Daibes Oil, LLC, et al.*
     Civil Action No. 2:14-cv-00726-CCC-JBC

Dear Judge Cecchi:

  This office represents Plaintiff New England Petroleum Limited Partnership ("NEP"). We write to report that NEP and defendants David L. Spector CPA, P.C. and David L. Spector, individually (collectively, the "Spector Defendants"), have reached a settlement in principle. All material terms have been agreed to by NEP and the Spector Defendants, and the parties are working to reduce the agreement to a written settlement agreement.

  We thank the Court for its continued attention to this matter. We are happy to make ourselves available at the Court's convenience should the Court have any questions.

            Respectfully yours,

            /s/ *Mark Salah Morgan*

            Mark Salah Morgan

MSM

cc: Lawrence Lustberg, Esq. (via ECF)
   Kevin C. Corriston, Esq. (via ECF)

117309170